# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

## CRIMINAL COMPLAINT

V.

ADAM ELLARD
WILLIE HESTER
TAVON ROBINSON
STEVEN TUCKER
NORMAN BARNES
(Name and Address of Defendant)

M.J. No.: 04-817-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _April 12, 2004_ in _Suffolk_ County in the District of _Massachusetts_, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute cocaine base, a Schedule II controlled substance

in violation of Title _21_ United States Code, Section _846_.

I further state that I am a(n) _DEA Special Agent_
Official Title

and that this complaint is based on the following facts:

See Affidavit of DEA Special Agent Steven C. Story attached hereto and incorporated by reference herein

Continued on the attached sheet and made a part hereof:  [x] Yes [ ] No

_Steven C. Story_
Signature of Complainant
Steven C. Story
DEA Special Agent

Sworn to before me and subscribed in my presence,

_April 13, 2004_ @ 3:05PM  at    _Boston, Massachusetts_
Date                                          City and State

MARIANNE B. BOWLER
Chief U.S. Magistrate Judge    _Marianne B. Bowler, USMJ_
Name and Title of Judicial Officer    Signature of Judicial Officer