UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-0817-001

UNITED STATES OF AMERICA

V.

ADAM ELLARD

## NOTICE OF CORRECTION OF ZIP CODE

Previously, I have provided notice of a change of address. Please note that the correct zip code for my office in Charlestown, MA is **02129**. Kindly change your records accordingly.

Law Office of James J. Coviello
303 Main Street
Charlestown, MA **02129**

Respectfully submitted,
By his Attorney,

James J. Coviello
303 Main Street
Charlestown, MA 02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO No.: 550949

Dated: September 15, 2004
JJC2 ellard-change.address

## CERTIFICATE OF SERVICE

I, James J. Coviello, Esquire do hereby certify that on this date, I have served a copy of the following document to AUSA Michael Pelgro, Office of the United States Attorney, Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210:

1.    Notice of Correction of Zip Code.

(X)   First Class Mail, Postage prepaid;
( )   In-Hand Delivery;
( )   Facsimile

Respectfully submitted,

James J. Coviello
303 Main Street
Charlestown, MA 02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO No.: 550949

Dated: September 15, 2004

ellard-certservice(JJC2)